JONES & MAYER
James R. Touchstone, Esq., Bar No. 184584
jrt@jones-mayer.com
Carmen Vasquez, SBN 231473
cv@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, California 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
jrt@jones-mayer.com

Attorneys for Defendants:
WEST COVINA OFFICER J. MILLER and
WEST COVINA SGT. PRIZZI

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH MORA,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER J. MILLER, in his individual capacity, SGT PRIZZI, in his individual capacity.<br><br>    Defendants. | Case No: 2:18-cv-02853-JFW-JEM<br><br>Judge: *Hon. John E. McDermott*<br><br>**[PROPOSED]** **ORDER OF DISMISSAL WITH PREJUDICE OF ACTION** |

## ORDER

In consideration of the parties' stipulation for dismissal with prejudice of this action, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August 7, 2018

                                                                Hon. John McDermott
                                                                 United States District Judge